Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROCK LOGAN,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN INSURE-ALL AGENCY, INCORPORATED; and DONALD MOE JUNIOR, INDIVIDUALLY,<br><br>Defendants. | No. 2:17-cv-00605-MJP<br><br>STIPULATION AND ORDER TO RENOTE CONSIDERATION DATE FOR PLAINTIFF'S MOTION TO AMEND<br><br>NOTE ON MOTION CALENDAR:<br>LCR 7(d)(1): SAME DAY |

Plaintiff John Rock Logan ("Plaintiff") and Defendants American Insure-All Agency, Incorporated; and Donald Moe Junior, Individually ("Defendants"), through their respective counsel, hereby submit this Stipulation and [Proposed] Order to Renote Consideration Date For Plaintiff's Motion to Amend.

**I.     STIPULATION**

On November 17, 2017, Plaintiff filed his Motion to Amend, which is currently noted for December 1, 2017. Dkt. 18. Pursuant to LCR 7(l), IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff and Defendants, that the consideration date of Plaintiff's Motion to Amend be renoted to Friday, December 15, 2017, with opposition response

due Monday, December 11, in order to allow Defendants additional time to respond (as defense counsel will be out of state for the week after Thanksgiving).

| | |
|---|---|
| DATED this 21st day of November, 2017. | DATED this 21st day of November, 2017. |
| **PATTERSON BUCHANAN FOBES & LEITCH, INC., P.S.** | **LAW OFFICE OF THOMAS G. JARRARD, PLLC** |
| By: /s/ Adam G. Cuff<br>Patricia K. Buchanan, WSBA 19892<br>Adam G. Cuff, WSBA 26439<br>Of Attorneys for Defendants<br>2112 Third Avenue, Suite 500<br>Seattle, WA 98121<br>pkb@pattersonbuchanan.com<br>agc@pattersonbuchanan.com | By: /s/ *Thomas G. Jarrard*<br>Thomas G. Jarrard, WSBA 39774<br>Of Attorneys for Plaintiff<br>1020 North Washington Street<br>Spokane, WA 99203<br>Telephone: 425 239-7290<br>TJarrard@att.net |
| | **CROTTY & SON, PLLC**<br><br>Matthew Z. Crotty, WSBA 39284<br>Of Attorneys for Plaintiff<br>421 W. Riverside Ave., Suite 1005<br>Spokane, WA 99201-0420<br>Telephone: (509) 850-7011<br>matt@crottyandson.com |

## II. ORDER

Based on the foregoing Stipulation, it is so ordered

DATED this 21st day of November, 2017.

_____
Marsha J. Pechman
United States District Judge