UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROCK LOGAN,<br><br>             Plaintiff,<br><br>v.<br><br>AMERICAN INSURE-ALL AGENCY, INCORPORATED; and DONALD MOE JUNIOR Individually,<br><br>             Defendants. | Case No. 2:17-cv-605-MJP<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO AMEND THE COMPLAINT |

Upon Plaintiff's motion for leave to file an amended complaint, and for good cause shown, it is hereby ORDERED, pursuant to Fed. R. Civ. P. 15, that Plaintiff's motion to amend and file his second amended complaint (a copy of which was filed concurrently with plaintiff's motion to amend on November 17, 2017) is GRANTED.

Plaintiff shall file the First Amended Complaint within 10 days this Order.

DATED this 18th day of December, 2017.

                                                                                            Marsha J. Pechman
                                                                                            United States District Judge

ORDER ON MOTION TO AMEND - 1