Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROCK LOGAN,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN INSURE-ALL AGENCY, INCORPORATED; and DONALD MOE JUNIOR Individually,<br><br>    Defendants. | Case No. 2:17-cv-605-MJP<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Rocky Logan and Defendants American Insure All Inc., and Donald Moe Junior, jointly move the Court for an Order dismissing with prejudice each and every cause of action asserted by Plaintiff Rocky Logan against Defendants American Insure All Inc., and Donald Moe Junior in the above-captioned matter.

DATED February 14, 2018.

                                LAW OFFICE OF THOMAS G. JARRARD, PLLC

                                */s/ Thomas G. Jarrard*
                                THOMAS G. JARRARD
                                1020 North Washington Street
                                Spokane, WA 99203
                                Telephone: 425 239-7290
                                TJarrard@att.net

CROTTY & SON LAW FIRM, PLLC

*/s/ Matthew Z. Crotty*
MATTHEW Z. CROTTY
905 W. Riverside Ave. Suite 409
Spokane, WA 99201
Telephone: (509) 850-7011
Email: matt@crottyandson.com
Attorneys for Plaintiff


PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

*/s/ Adam Cuff*
Patricia K. Buchanan, WSBA 19892
Adam G. Cuff, WSBA 26439
Of Attorneys for Defendants
2112 Third Avenue, Suite 500
Seattle, WA 98121
pkb@pattersonbuchanan.com
agc@pattersonbuchanan.com

STIPULATION AND PROPOSED ORDER
FOR DISMISSAL WITH PREJUDICE - 2

|   | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
|---|---|---|
| | JOHN ROCK LOGAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMERICAN INSURE-ALL AGENCY, INCORPORATED; and DONALD MOE JUNIOR Individually,<br><br>　　　　Defendants. | Case No. 2:17-cv-605-MJP<br><br>ORDER FOR DISMISSAL WITH PREJUDICE |

Based on the Stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-entitled matter be dismissed with prejudice and without costs or attorney fees to any party.

DATED February 14, 2018

_Marsha J. Pechman_
Marsha J. Pechman
United States District Judge

STIPULATION AND PROPOSED ORDER
FOR DISMISSAL WITH PREJUDICE - 3